**SODW**
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
E-mail: jsilvestri@psh-law.com
Attorneys for Defendants,
JONATHAN CHAN and
MONSTER INC. fka MONSTER
CABLE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARIO DIMITRIC<br><br>        Plaintiff,<br><br>vs.<br><br>JONATHAN JOYAN CHAN, individually; MONSTER CABLE PRODUCTS, INC., a Foreign corporation, MONSTER USA, a foreign Corporation, MONSTER ROE, DOES I through X, and ROES XI-XX, inclusive;<br><br>        Defendants. | CASE NO.: 2-12-cv-02202-JAD-VCF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated and agreed, by and between the parties hereto, through

///
///
///
///
///

1

their respective counsel of record, that the above-referenced matter shall be dismissed with prejudice, each party to bear its own fees and costs.

DATED this 20th day of September, 2013

PYATT SILVESTRI

/s/ Brian W. Goldman
Brian W. Goldman, Esq.
Nevada Bar No. 6317
Attorneys for Defendants

DATED this 20th day of September, 2013.

EGLET WALL CHRISTIANSEN

/s/Tracy A. Eglet
Tracy A. Eglet, Esq.
Nevada Bar No. 6419
Attorneys for Plaintiff

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

DATED  20  day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE